```
BARRY J. PORTMAN                                    **E-filed
Federal Public Defender                              2/10/06**
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant ARELLANO-FUENTES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>        Plaintiff,           )<br>                              )<br>vs.                           )<br>                              )<br>RAUL ARELLANO-FUENTES,        )<br>                              )<br>        Defendant.            )<br>_____) | No. CR-06-00057 JF<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |

## STIPULATION

The government and defendant Raul Arellano-Fuentes hereby stipulate and agree that the status hearing currently scheduled for Wednesday, February 8, 2006 may be continued to Wednesday, February 15, 2006 at 9:00 a.m. to permit the parties to conduct further investigation regarding the defendant's criminal and deportation history.  Although the parties anticipate that the case will resolve at the next hearing, the information sought may prove relevant to sentencing.

Dated: February 6, 2006

```
                          s/_____
                          CYNTHIA C. LIE
                          Assistant Federal Public Defender
```

Stipulation and [Proposed] Order Continuing
Hearing                                        1

1  Dated: February ___, 2006

2                                                       s/_____
                                                     SUSAN A. KNIGHT
3                                                       Assistant United States Attorney

4

5                                               **[~~PROPOSED~~] ORDER**

6       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

7  hearing currently scheduled for Wednesday, February 8, 2006 be continued to Wednesday,

8  February 15, 2006 at 9:00 a.m.

9

10  Dated: February _10_, 2006

11                                               _____
                                             JEREMY FOGEL
                                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26