UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 06-00057 CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| John Barker, et al.,<br><br>　　　　　　　　　Plaintiff,<br>　　vs.<br>G.D. Searle LLC, et al.,<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Come now the Plaintiff, John Barker, individually and as Next of Kin of Deceased, Mary Barker, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice

//

//

//

-1-

with each side bearing its own attorneys' fees and costs.

DATED: 9/27, 2011    By: _____

|  |  |
|---|---|
| Thomas P. Cartmell | MO #45366 |
| Brian J. Madden | MO #40637 |
| Thomas J. Preuss | MO #54923 |

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100

J. Scott Bertram        MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Suite 107
Kansas City, MO 64114
(816) 523-2205

Wm. Dirk Vandever      MO # 24463
The Popham Law Firm, P.C.
323 W. 8th Street, Ste. 200
Kansas City, MO 64105
(816) 221-2288

James P. Frickleton    MO #31178
Bartimus, Frickleton, et al.,
11150 Overbrook Drive
Leawood, KS 66211
(913) 266-2300

Grant L. Davis         MO #34799
Shawn G. Foster        MO #47663
Davis Bethune & Jones, LLC
1100 Main St., Ste. 2930
P.O. Box 26250
Kansas City, MO 64196
(816) 421-1600

*Attorneys for Plaintiff*

DATED: 10/03, 2011    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\46814995.1

1
2   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
3
4   Dated Oct. 5, 2011
5   Hon. Charles R. Breyer
    United States District Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\46814995.1